THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Alexander
 Weaver, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Edgefield County
William P. Keesley, Trial Judge
Clyde N. Davis, Jr., Post-Conviction Judge
Memorandum Opinion No. 2008-MO-008
Submitted February 6, 2008  Filed February
 11, 2008
DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, South Carolina Commission on
 Indigent Defense, Division of Appellate Defense, of Columbia, for Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Assistant Attorney General Sabrina Todd, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Petitioner seeks
 a writ of certiorari from the denial of his application for post-conviction
 relief (PCR).  We deny the petition as to petitioners Questions 2 and 3.
Because
 there is sufficient evidence to support the PCR judges finding that petitioner
 did not knowingly and intelligently waive his right to a direct appeal, we
 grant certiorari on petitioners Question 1, dispense with further briefing, and
 proceed with a review of the direct appeal issue pursuant to Davis v. State,
 288 S.C. 290, 342 S.E.2d 60 (1986).

Petitioners
 appeal is dismissed, after review pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). 
 Counsels motion to be relieved is granted. 

DISMISSED.
TOAL,
 C.J., MOORE, WALLER, PLEICONES and BEATTY, JJ., concur.